IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PECHINEY RHENALU, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 99-301-SLR |
| | ) |
| ALCOA INC., | ) |
| | ) |
|     Defendant. | ) |

**RETURN OF TRIAL EXHIBITS**

The Clerk of Court hereby returns defendant's trial exhibits, as listed on the attached Exhibit and Witness List, to counsel or his representative.

**Receipt of the exhibits is acknowledged by:**

_____
For Frederick Cottrell, Esq.

of Richards, Layton, & Finger

Date: 08/07/08

Returned by: _____, Deputy Clerk

2008 AUG -7 AM 8:50