IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

PECHINEY RHENALU,                      )
                                       )
              Plaintiff,               )
                                       )
        v.                             ) Civ. No. 99-301-SLR
                                       )
ALCOA INC.,                            )
                                       )
              Defendant.               )

## RETURN OF TRIAL EXHIBITS

The Clerk of Court hereby returns defendant's trial exhibits, as listed on

the attached Exhibit and Witness List, to counsel or his representative.


**Receipt of the exhibits is acknowledged by:**


_____

For Frederick Cottrell, Esq.

of Richards, Layton, & Finger

Date:              08/07/08

Returned by:       _____, Deputy Clerk



